| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | RECEIVED IN CLERK'S OFFICE MAR 5 2012 U.S. DISTRICT COURT MID. DIST. TENN. | 2:05CR000066-001 |
| | | DOCKET NUMBER *(Rec. Court)* 3:12-00123-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marshall Ray Peters<br>183 Orchard Lane<br>Ashland City, TN 37015 | Western District of Virginia | Roanoke |
| | NAME OF SENTENCING JUDGE<br><br>Honorable James C. Turk<br>Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/14/2011 | TO 06/13/2014 |

OFFENSE

Distribution of Cocaine Base, 21 U.S.C. § 841(b)(1)(C)
Possession of a Firearm in Relation to a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   WESTERN DISTRICT OF VIRGINIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Feb. 24, 2012
Date

*/s/ James C. Turk*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-12
Effective Date

United States District Judge