PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Marshall Peters</u>  Case Number: <u>3:12-00123-01</u>

Name of Sentencing Judicial Officer: <u>Honorable James C. Turk, U.S. District Judge, Western District of Virginia, transferred to Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>April 19, 2006</u>

Original Offense: <u>Count One-Distribution of Cocaine Base and Count Two-Possession of a Firearm in Relation to a Drug Trafficking Crime</u>

Original Sentence: <u>Count One-18 months' custody, Count Two-60 months' custody to run consecutively; followed by 36 months' supervised release on each count, to run concurrently; sentenced reduced on March 26, 2008, to the following: Count One-15 months' custody, Count Two-60 months' custody to run consecutively; followed by 36 months' supervised release on each count, to run concurrently</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>June 14, 2011</u>

Assistant U.S. Attorney: <u>To be assigned</u>  Defense Attorney: <u>To be assigned</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this <u>16th</u> day of <u>December</u>, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place  <u>Clarksville, TN</u>

Date  <u>December 12, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.** |

Marshall Peters tested positive for cocaine on November 18, 2013.

### Compliance with Supervision Conditions and Prior Interventions:

Marshall Peters commenced supervised release in the Middle District of Tennessee on June 14, 2011. Jurisdiction was transferred on July 6, 2012. Mr. Peters has maintained employment with Victor Legg as a floor mechanic since June 2011, earning between $4,000 to $5,000 per month. The $100 fine and $200 special assessment have been paid in full.

Mr. Peters completed the Bureau of Prisons 500-hour Residential Drug Abuse Program on May 17, 2010, prior to his release to supervision. Prior to submitting a random urine screen on February 6, 2013, Mr. Peters admitted to the probation officer that he used cocaine at a party on February 3, 2013. The urine sample results returned from the lab were negative. Random urine screens were increased to a weekly basis effective February 6, 2013. Mr. Peters was also referred for a substance abuse assessment and placed in individual substance abuse treatment in May 2013, following completion of the assessment. Mr. Peters tested presumptively positive for opiates and methamphetamine on June 26, 2013. He admitted to the probation officer that he took a Tylenol 3 that was given to him by a friend. The urine sample results returned from the lab were negative. Mr. Peters was admonished for his actions and instructed not to take any medication that is not prescribed to him. Substance abuse treatment and random urine screens were continued.

As previously stated, Mr. Peters tested positive for cocaine on November 18, 2013. Mr. Peters admitted to the probation officer that he has a drinking problem and drinks to the point of not remembering what he has done. He has been instructed to attend not less than four Alcoholics Anonymous/Narcotics Anonymous meetings each week, continue weekly urinalysis, and participate in individual substance abuse treatment. He has indicated a willingness to work towards establishing a drug free lifestyle.

## U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Peters will be required to continue outpatient substance abuse treatment as directed, attend at least four Alcoholics Anonymous/Narcotics Anonymous meetings each week, and submit to weekly random urine testing. Should he fail to submit to treatment as directed or if there are any additional violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

This case has been discussed with Assistant U.S. Attorney Jimmie Lynn Ramsaur, who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer